UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER OWEN MOORE,<br>Plaintiff,<br>v.<br>CITY OF SAN DIEGO, et al,<br>Defendants. | Case No.: 26-cv-4767-BJC- AHG<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [ECF NO. 2.]** |

Pending before the Court is Defendant City of San Diego's motion to dismiss the original complaint. ECF No. 2. On September 18, 2026, Plaintiff filed a First Amended Complaint in *in lieu* of opposing the pending motion to dismiss. Accordingly, Defendant's motion to dismiss the original complaint is **DENIED** as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: October 1, 2026

Honorable Benjamin J. Cheeks
United States District Judge